IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TIMOTHY FRANCIS RIPP,

           Plaintiff,                                        ORDER

       v.                                               10-cv-492-bbc

JANET NICKEL, MARC CLEMENTS,
GREGORY GRAMS, AL MORRIS, and
ANTHONY ASHWORTH,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In this case, pro se plaintiff Timothy Francis Ripp, a Wisconsin prisoner, is proceeding on a claim that defendant prison officials violated his First Amendment rights by disciplining him for threatening to file a lawsuit or grievance.  In an August 25, 2011 order, I stayed further proceedings in order to locate counsel for plaintiff for the limited purpose of fully briefing issues related to plaintiff's legal loan and access to the courts.

      David J. Harth, a member of the Wisconsin bar, has agreed to represent plaintiff for this limited purpose, with the understanding that he will serve with no guarantee of compensation for his services.  It is this court's intention that the appointment of this attorney to represent plaintiff extends only to the limited purposes described above.

1

Plaintiff should understand that because I am appointing counsel to represent him, he may not communicate directly with the court from this point forward. He must work directly with his lawyer and must permit him to exercise his professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Plaintiff does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by his lawyer even if he disagrees with some of them. In addition, plaintiff should understand that it is highly unlikely that this court would appoint another lawyer to represent him if he chooses not to work with this lawyer. The court will schedule a status conference to reset the schedule in this lawsuit.

ORDER

IT IS ORDERED that David J. Harth is appointed to represent plaintiff in this case for the limited purposes described above. All proceedings in this case are STAYED pending a status conference, at which time a new schedule will be set for moving this case to resolution.

Entered this 9th day of September, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge