IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY FRANCIS RIPP,

    Plaintiff,

v.

JANET NICKEL, MARC CLEMENTS,
GREGORY GRAMS, AL MORRIS,
ANTHONY ASHWORTH,
CAPTAIN SALTER, SGT. FOSTER and
WILLIAM POLLARD,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-492-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting summary judgment and dismissing this case.

_____       6/25/12
Peter Oppeneer, Clerk of Court      Date