IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TIMOTHY FRANCIS RIPP,

                                                                                                                   ORDER

        Plaintiff,

                                                                                                                 10-cv-492-bbc

    v.

JANET NICKEL, MARC CLEMENTS,
GREGORY GRAMS, AL MORRIS and
ANTHONY ASHWORTH,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Judgment was entered in this action on June 25, 2012 granting summary judgment in favor of defendants and dismissing this case. Now plaintiff has filed a notice of appeal. Because the notice is not accompanied by the $455 fee for filing his appeal, I construe petitioner's notice to include a request for leave to proceed in forma pauperis on appeal .

       Plaintiff's request for leave to proceed in forma pauperis on appeal is governed by the 1996 Prison Litigation Reform Act. This means that this court must determine first whether plaintiff's request must be denied either because he has three strikes against him under 28 U.S.C. § 1915(g) or because the appeal is not taken in good faith. Plaintiff does not have three strikes against him and I do not intend to certify that his appeal is not taken in good faith.

       The only other hurdle to proceeding on the appeal in forma pauperis is the

requirement that plaintiff make an initial partial payment of the filing fee that has been calculated from a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of his notice of appeal. 28 U.S.C. § 1915(a)(2). Plaintiff has not submitted the necessary trust fund account statement. Until he does so, I cannot determine whether he is indigent and, if he is, the amount of his initial partial payment.

Accordingly, IT IS ORDERED that plaintiff Timothy Ripp may have until August 15, 2012, in which to submit a certified copy of his trust fund account statement for the six-month period from approximately January 17, 2012 to approximately July 17, 2012. If, by August 15, 2012, plaintiff fails to submit the required trust account statement or show cause for his failure to do so, then I will deny his request for leave to proceed in forma pauperis on the ground that he has failed to show that he is entitled to indigent status on appeal.

Entered this 25th day of July, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge